UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

Case No.: 18-26778
Judge: Susan V. Kelley
Chapter: Chapter 13

**In Re: Cheryl Denise Carter**

## OBJECTION TO MOTION OF US BANK TRUST N.A. FOR RELIEF FROM AUTOMATIC STAY

The Debtor, through Geraci Law, LLC hereby submits this Objection to Motion of US Bank Trust N.A. for Relief From Automatic Stay, and in support thereof, alleges as follows:

(1) Debtor missed mortgage payments due to periods of unpaid sick leave.

(2) Debtor is now back to work full-time and can resume her regular mortgage payments.

(3) Debtor requests that she be allowed to make up any post-petition arrearage by the filing of a supplemental claim to her Chapter 13 plan.

WHEREFORE, the Debtor requests that the Motion for Relief from Automatic Stay filed by the Movant be denied and that the Court grant them a hearing on the matter.

Dated this Friday, December 07, 2018.

By: _/s/ Felicia Marie Petroff_____
Felicia Marie Petroff
Attorney of the Debtor
Bar #: 1066358

Felicia M. Petroff
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (312) 332-1800
Fax: (877) 247-1960
Email: wal@geracilaw.com

Rec. No: 788592
WD - MOT - Objection to MTMS with Cert of Service(bjb)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| **In Re: Cheryl Denise Carter** | Case No.: 18-26778<br>Judge: Susan V. Kelley<br>Chapter: Chapter 13 |

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Objection were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Friday, December 07, 2018:

Cheryl Carter
6083 N. 36th street
Milwaukee, WI 53209


Additionally, the documents referenced above were also served via electronic means on the following individuals on Friday, December 07, 2018:

| | |
|---|---|
| Rebecca R. Garcia<br>PO Box 3170<br>Oshkosh, WI 54903 | Marinosci Law Group, P.C.<br>134 N. LaSalle St., Suite 1900<br>Chicago, IL 60602 |

Dated this Friday, December 07, 2018.

                                                              By: _/s/ Felicia Marie Petroff_____
                                                                   Felicia Marie Petroff
                                                                   Attorney of the Debtor
                                                                   Bar #: 1066358


Felicia M. Petroff
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (312) 332-1800
Fax: (877) 247-1960
Email: wal@geracilaw.com

Rec. No: 788592
WD - MOT - Objection to MTMS with Cert of Service(bjb)